NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE VERTICAL COMPUTER SYSTEMS, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 985

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-4645, Judge Richard Seeborg.

ON PETITION

# ORDER

Vertical Computer Systems, Inc. (Vertical) submits a petition for a writ of mandamus to vacate the May 2, 2011 order of the United States District Court for the Northern District of California denying Vertical's motion to transfer and directing the district court to transfer the case to the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

Interwoven, Inc. is directed to respond no later than June 1, 2011.

FOR THE COURT

**MAY 1 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Vasilios D. Dossas, Esq.
Bijal V. Vakil, Esq.
Clerk, United States District Court for the Northern
District of California

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 6 2011**

**JAN HORBALY**
**CLERK**